IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV411-113
 )
THE ISLAND DEF JAM MUSIC GROUP, )
PARENT COMPANY UNIVERSAL MUSIC )
GROUP RECORDING; JIVE RECORDS; )
ZOMBA RECORDS; A&M INTERSCOPE )
RECORDS; and SONY MUSIC )
ENTERTAINMENT, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1st day of August 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA