IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KELVIN J. ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV411-163 |
| | ) | |
| THE ISLAND DEF JAM MUSIC GROUP, | ) | |
| PARENT COMPANY UNIVERSAL MUSIC | ) | |
| GROUP RECORDING; JIVE RECORDS; | ) | |
| ZOMBA RECORDS; A&M INTERSCOPE | ) | |
| RECORDS; and SONY MUSIC | ) | |
| ENTERTAINMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is Plaintiff Kelvin J. Robbins's "Motion for Judgment of Pleading and to Re'Open Case." Doc. 9.) After a careful review of the motion, the Court can discern no grounds for relief. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 26th day of March 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA