FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAR 26 AM 9:15
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-163
)
THE ISLAND DEF JAM MUSIC GROUP, )
PARENT COMPANY UNIVERSAL MUSIC )
GROUP RECORDING; JIVE RECORDS; )
ZOMBA RECORDS; A&M INTERSCOPE )
RECORDS; and SONY MUSIC )
ENTERTAINMENT, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Kelvin J. Robbins's "Motion for Judgment of Pleading and to Re'Open Case." Doc. 9.) After a careful review of the motion, the Court can discern no grounds for relief. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this **26th** day of March 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA